# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 6, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131269
& (72)

ANTHONY WILLIAMS, and
BRUCE WENDEL,
            Plaintiffs-Appellants,

v

V. R. THOMAS CONSTRUCTION
COMPANY,
            Defendant-Appellee.

SC: 131269
COA: 263309
Oakland CC: 2003-054316-CZ

_____/

On order of the Court, the application for leave to appeal the March 2, 2006 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 6, 2006

_____
                Clerk

11129